# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TROY COVEY,<br><br>Plaintiff,<br><br>v.<br><br>PARIS LAUNDRY LLC; KELSEY BUCCI, individually; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV424-47<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, TROY COVEY, by and through his undersigned counsel, brings this Complaint against Defendants, PARIS LAUNDRY LLC; KELSEY BUCCI, individually; and DOES 1-10, inclusive, and alleges as follows:

## NATURE OF THE ACTION

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

## PARTIES

2. Troy Covey ("Covey") is an individual and professional photographer residing in New York.

3. Upon information and belief, Defendant Paris Laundry LLC ("Paris Laundry") is a Georgia limited liability company with its principal place of business

at 220 Whitaker Street, Savannah, Georgia 31401.

4. Upon information and belief, Defendant Kelsey Bucci ("Bucci") is an individual residing and/or transacting business in the State of Georgia.

5. The true names and capacities of Defendants Does 1 through 10, inclusive, are presently unknown to Plaintiff, and for that reason, sues them by such fictitious names. Plaintiff is informed and believes each of the fictitiously-named defendants is responsible in some capacity for the occurrences herein alleged, and on that basis, believes damages as herein alleged were proximately caused by the conduct of Does 1 through 10, inclusive. Plaintiff will seek to amend this complaint when the true names and capacities of Does 1 through 10, inclusive, are ascertained.

6. For the purposes of this Complaint, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendants named in this caption.

## JURISDICTION AND VENUE

7. This Court has original subject matter jurisdiction over Plaintiff's copyright claims pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338(a) (copyrights).

8. This Court has personal jurisdiction over Defendants because Defendants have a physical presence in the State the State of Georgia and/or

Defendants transact business in the State of Georgia.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)-(d) and/or §1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred and/or this civil action arises under the Copyright Act of the United States, and Defendants or their agents reside or may be found in this judicial district.

## FACTUAL ALLEGATIONS

10. Troy Covey is a successful commercial photographer specializing in beauty photography.

11. Covey's client list includes Lune + Aster, Briogeo, Clinique, Target, Peloton, Versed Skincare, e.l.f., and *SHAPE Magazine*.

12. Covey's portfolio of work is available for viewing by the general public at https://troycovey.com/ ("Covey Website").

13. Covey licenses his work for a fee.

14. Covey's livelihood depends on receiving compensation for the photographs he produces, and the copyright protection afforded to Covey's work deters would-be infringers from copying and profiting from his work without permission.

15. Covey is the sole author and exclusive rights holder to a photograph of a female model applying a creamy face wash to her face ("Skincare Photograph").

16. Attached as Exhibit A is a true and correct copy of the Skincare

Photograph.

17. Covey registered the Skincare Photograph with the United States Copyright Office under Registration Number VAu 1-349-196 with an Effective Date of Registration of March 18, 2019.

18. Paris Laundry is a is a spa and retail store offering services such as make-up application, holistic facials, low-tox nail services, and Paris Laundry branded self-care products.

19. Upon information and belief, Paris Laundry owns and operates the website https://parislaundry.com/ ("Paris Laundry Website").

20. Paris Laundry generates content on the Paris Laundry Website for commercial purposes to attract user traffic to Paris Laundry, to market and promote Paris Laundry's services and products, and to increase the customer base and revenue for the company.

21. At all relevant times, the Paris Laundry Website was readily accessible to the general public throughout Georgia, the United States, and the world.

22. At all relevant times, Bucci was the principal officer, owner, or member of Paris Laundry.

23. At all relevant times, Bucci and had a direct financial interest in the content and activities of the Paris Laundry Website (including the activities alleged in this Complaint).

24. At all relevant times, Paris Laundry and Bucci had the ability to supervise and control all content on the Paris Laundry Website.

25. Upon information and belief, the Defendants named in this Complaint (including Paris Laundry and Bucci) were at all relevant times acting as agents and alter egos for each other, and are each jointly, severally, and personally liable for the debts and liabilities of each other, with respect to the activities alleged in this Complaint.

### *Defendants Unauthorized Use of the Skincare Photograph and Willful Infringement*

26. On or about July 13, 2023, Covey discovered his Skincare Photograph being used in a blog post on the Paris Laundry Website with the title "PENETRATION VS ABSORPTION: HOW DEEPLY DOES SKINCARE ACTUALLY PENETRATE?" ("Paris Laundry Post").

27. Attached hereto as Exhibit B are true and correct screenshots of the Skincare Photograph as used in the Paris Laundry Post on the Paris Laundry Website.

28. The purpose of the use of the Skincare Photograph in the Paris Laundry Post was to provide high-quality and aesthetically pleasing content on the Paris Laundry Website congruent with Paris Laundry's marketing goals to entice users to book an appointment for services with Paris Laundry and/or to entice users to purchase Paris Laundry skin care products.

29. Covey does not have a record of the Skincare Photograph being licensed to Bucci or Paris Laundry nor did Covey grant Bucci or Paris Laundry permission or authorization to use, make a copy of, or publicly display the Skincare Photograph on the Paris Laundry Website.

30. Bucci and Paris Laundry (including its employees, agents, contractors or others over whom it has responsibility and control) created an unauthorized copy of the Skincare Photograph and caused it to be uploaded to and displayed on the Paris Laundry Website.

31. Bucci and Paris Laundry (including their agents, contractors or others over whom they have responsibility and control) used, displayed, published, and otherwise held out to the public Covey's original and unique Skincare Photograph in order to acquire a direct financial benefit, through revenue from the sales of Paris Laundry's services and products, from the use of the Skincare Photograph.

32. Defendants willfully and deliberately infringed upon Covey's rights in his copyrighted Skincare Photograph in violation of Title 17 of the U.S. Code because, *inter alia,* Defendants knew, or should have known, they did not have a legitimate license or permission to use Skincare Photograph.

33. After discovering the unauthorized use of the Skincare Photograph, Covey, through his counsel, sent correspondence to Paris Laundry in an attempt to resolve this matter.

34. The parties were unable to resolve the matter.

# FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101, *et seq.*

35. Covey incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

36. Covey owns a valid copyright in the Skincare Photograph.

37. Covey registered the Skincare Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

38. Defendants (including the employees, agents, contractors or others over whom they have responsibility and control) copied and displayed Covey's unique and original Skincare Photograph without Covey's consent or authorization in violation of 17 U.S.C. § 501.

39. Defendants willfully infringed upon Covey's rights in his copyrighted Skincare Photograph in violation of Title 17 of the U.S. Code.

40. As a result of Defendants' violations of Title 17 of the U.S. Code, Covey has sustained significant injury and irreparable harm.

41. As a result of Defendant's violations of Title 17 of the U.S. Code, Covey is entitled to any actual damages and profits attributable to the infringement, pursuant to 17 U.S.C. §504(b), or at Covey's election, statutory damages in an amount up to $150,000.00 for each infringement, pursuant to 17 U.S.C. § 504(c).

42. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs from Defendant as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

## PRAYER FOR RELIEF

**WHEREFORE**, Covey prays for judgment against Defendants, jointly and severally, as follows:

- For a finding that Defendants infringed Covey's copyright interest in the Skincare Photograph by copying and displaying it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the copyright infringement, as provided by 17 U.S.C. § 504(b), in an amount to be proven or, in the alternative, and at Covey's election, an award for statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(c);

- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

- For pre judgment and post judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: March 7, 2024                           Respectfully submitted,

**/s/ Jayma C. Leath**
Jayma C. Leath, Esq.
GA State Bar No. 639678
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
jleath@higbee.law
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Troy Covey, hereby demands a trial by jury in the above matter.

Dated: March 7, 2024                               Respectfully submitted,

**/s/ Jayma C. Leath**
Jayma C. Leath, Esq.
GA State Bar No. 639678
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
jleath@higbee.law
*Counsel for Plaintiff*