IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TROY COVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PARIS LAUNDRY LLC; KELSEY BUCCI, individually; and DOES 1–10, inclusive,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-47 |

**O R D E R**

Before the Court is a Stipulation of Dismissal with Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. (Doc. 13.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 8th day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA